UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

                                                                                  Case No. 15-26560-JKO

GUILFORT DIEUVIL,

                                                                                   Chapter 11

                Debtor.
_____/

**MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY**
*[Property Address: 1870 Spotted Owl Dr. SW, Vero Beach, Fl  32962]*

**IMPORTANT NOTICE TO CREDITORS:
THIS IS A MOTION TO VALUE YOUR COLLATERAL**

**This Motion seeks to value collateral described below securing the claim of the creditor listed below.**

**If you have not filed a proof of claim, you have until the later of the claims bar date or 21 days from the date this Motion was served upon you to file a proof of claim or you will be deemed to have waived the right to payment of any unsecured claim to which you might otherwise be entitled. [See Local Rule 3015-3(A)(4)]**

**If you dispute the value alleged or treatment of your claim proposed in this motion, you must file a written objection no later than two business days prior to the scheduled hearing [see local rule 3015-3(a)(2)].**

Debtor in Possession, Guilfort Dieuvil. (the "Debtor"), by counsel, pursuant to 11 U.S.C. §§502 and 506, Federal Rule of Bankruptcy Procedure 3007 and 3012 and Local Rule 3007-1, requests the Court enter an order valuing certain real property owned by the Debtor, as specified below, and states as follows:

      1.      Pursuant to 11 U.S.C. §506, Bankruptcy Rule 3012, Local Rule 3015-3, the debtor seeks to value real property securing the claim of Bank of America, N.A. (the "Lender"). The Lender holds a mortgage recorded in the Official Records Book 2092, Page 1242 of the Public Records Indian River County, Florida.

1

2. The real property is located at 1870 Spotted Owl Dr SW Vero Beach, FL 32962 and having a legal description of:

> Subdivision Falcon Trace Sub Plat One, Lot 218 according to the Plat thereof as recorded in the Official Public Records Plat Book 19, Page 64 of the Public Records of Indian River County, State of Florida.

3. At the time of the filing of this case, the value of the real property is $270,000.00 as determined by Real Quest Express. The Debtor will obtain more accurate appraisals to the extent necessary for an evidentiary hearing on the value of the Property.

4. *(Select only one):*

    ___ Lender's collateral consists solely of the Property. As there is no equity in the real property after payment in full of the claims secured by liens senior to that of Lender, the value of Lender's secured interest in the real property is $0.

    _X_ Lender's collateral is not solely the Property as there is equity of $270,000 in the real property. Accordingly, the value of Lender's secured interest in the real property is $270,000.00 and the value of the Lender's unsecured, deficiency claim is the remainder of its claim, regardless of how the claim is filed.

6. The undersigned reviewed the docket and claims register and states (select only one):

    _X_ Lender has not filed a proof of claim in this case. The Debtor shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim to the extent provided in paragraph 5, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim as filed.

or

    ___ Lender has filed a proof of claim in this case. It shall be classified as a secured claim to the extent provided in paragraph 5, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim.

7. The subject real property may not be sold or refinanced without proper notice and further order of the court.

**WHEREFORE,** the debtor respectfully requests an order of the Court (a) determining the value of the real property in the amount asserted in this Motion, (b) determining the secured status of the Lender's lien as stated above, (c) determining that any timely filed proof of claim is classified as stated above, and (d) providing such other and further relief as is just.

**NOTICE IS HEREBY GIVEN THAT:**

**1.** In accordance with the rules of this Court, unless an objection is filed with the Court and served upon the debtor, the debtor's attorney, and the trustee at or before the hearing scheduled on this Motion, the value of the collateral may be established at the amount stated above without further notice, hearing or order of the Court.  Pursuant to Local Rule 3015-3, timely raised objections will be heard at the hearing scheduled on the Motion.

**2.** The undersigned acknowledges that this Motion and the notice of hearing thereon must be served pursuant to Bankruptcy Rule 7004 and Local Rule 3015-3 at least 21 days prior to the hearing date and that a certificate of service must be filed when the Motion and notice of hearing thereon are served.

> HOUGH LAW GROUP, PA
> Counsel for Debtor
> 11352 W. State Road 84 #70
> Fort Lauderdale, FL  33325
> T:  954-309-1960
>
> By:/s/ Julie E. Hough_____
> Julie E. Hough
> Fla. Bar No. 0764981
> jhough@houghlawgroup.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 26, 2016 a true copy of the Motion to Value was served on all counsel of record or pro se parties via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case and via U.S. Mail to interested parties on the attached list.

> By:_____*/s/ Julie Elizabeth Hough*
> Julie Elizabeth Hough
> Florida Bar No. 0764981
> Email: jhough@houghlawgroup.com

**SERVICE LIST**

**15-26560-JKO Notice will be electronically mailed to:**
Joseph Arena on behalf of Creditor Canyon Isles Homeowners Association, Inc.
jarena@ssclawfirm.com, bankruptcy@ssclawfirm.com;crestivo@ssclawfirm.com

Malinda L Hayes, Esq. on behalf of Creditor Falcon Trace Homeowners Association, Inc.
malinda@businessmindedlawfirm.com, mlhbnk@gmail.com

Kenia L Molina on behalf of Creditor Bank of America, NA
kmolina@flwlaw.com, court@keniamolina.com

3

Wanda D Murray on behalf of Creditor Fay Servicing, LLC
ecfflsb@aldridgepite.com, wmurray@ecf.inforuptcy.com

Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

Brian L Rosaler, Esq on behalf of Creditor Caliber Home Loans, Inc.
hbehzadpour@popkinrosaler.com,cohayon@popkinrosaler.com,rcohn@popkinrosaler.com,mchong@popkinrosaler.com,
hbehzadpour@popkinrosaler.com,cohayon@popkinrosaler.com,rcohn@popkinrosaler.com,mchong@popkinrosaler.com

Zana Michelle Scarlett on behalf of U.S. Trustee Office of the US Trustee
Zana.M.Scarlett@usdoj.gov

Scott R Willinger on behalf of Creditor The Bank of New York Mellon
swillinger@swglawyers.com

**Via U.S. Certified Mail:**

**Redus One, LLC**
c/o Corporation Service Company
    as Registered Agent
1201 Hays Street
Tallahassee, FL 32301-2525

**Redus One, LLC**
c/o Redus Properties, Inc.
as Manager Member
301 South College Street
Charlotte, NC 28288-0630

 **Wells Fargo Bank, N.A.**
 Corporation Service Company,
 as Registered Agent
1201 Hays Street
Tallahassee, FL 32301-2525

**Wells Fargo Bank, N.A.**
**John G. Stumpf, Chairman, President/CEO**
1 Home Campus
MAC X2303-01A
Des Moines, IA 50328

                                               By: /s/ *Julie Elizabeth Hough*
                                                        Julie Elizabeth Hough